# CHARLESTON.

Brast *v.* Kanawha Oil Co. *et al..*

(English, Judge, *absent.*)

Submitted May 6, 1899—Decided May 6, 1899.

Appealable Order.

> An *ex parte* order granting an injunction is not appealable until after a motion made to vacate or set it aside. (p. 613.)

Appeal from Circuit Court, Wetzel County.

Suit by M. A. Brast against the Kanawha Oil Company and others. Decree for plaintiff and defendant oil company appeals.

*Dismissed.*

W. P. Hubbard and Basil T. Bowers, for appellant.

T. P. Jacobs, for appellee.

Dent, President:

M. A. Brast moves the Court to vacate an order granting an appeal from an *ex parte* order of the judge of the circuit court of Wetzel County granting an injunction. Such an order is not appealable. It is not an adjudication between parties. One side has not been heard, and until he moves the court that granted the injunction to correct it, he has no right of appeal. Appeals are to correct errors committed after hearing, and not to review mere preliminary orders, made in the absence of one of the litigants. Such orders are still in the breast of the court until finally heard and determined. The party affected thereby has

an easy remedy by motion, and an appeal will not lie until such motion proves ineffectual. 2 Enc. Pl. & Prac. 96; *Aldinger* v. *Pugh,* 57 Hun, 181, 10 N. Y. Supp. 684; *Gibson* v. *Martin,* 8 Paige, 481; *Skidmore* v. *Davis,* 10 Paige, 316; *In re Johnson's Estate,* 27 Hun, 538; *In re Dunn* (Sup.) 14 N. Y. Supp. 14; *State* v. *District Court First Judicial Dist.* 52 Minn. 283, (53 N. W. 1157.) Therefore the appeal in this case is dismissed, as improvidently awarded.

*Dismissed.*